

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>WING SPIRIT, INC.,<br><br>Debtor. | Case No. 20-01383<br>Chapter 7 |
| DANE S. FIELD, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF UTAH, Individually, et al.,<br><br>Defendants. | Adversary Proceeding No. 22-90020<br><br>Related ECF Nos: 264, 267, 268, 269, 270, 272, 273, 293 |

## ORDER REGARDING DECEMBER 13, 2024 HEARING

Limited time is available for oral argument, and because the parties have filed lengthy memoranda detailing their arguments, extensive oral argument is unnecessary. Therefore, it is ORDERED that:

1. Counsel for Bank of Utah in its capacity as owner trustee of the Wing Spirit Aircraft Trust may present not more than ten minutes of oral argument on its motion (ECF 264).

2. Counsel for Bank of Utah, individually and as aircraft trustee of the Matterhorn HondaJet Trust 1, may present not more than ten minutes of oral argument on its motion (ECF 267).

3. Counsel for MAS One USA, LLC, Douglas Lloyd Brennan, and FASTNET One LLC may present not more than a combined total of ten minutes of oral argument on their motions (ECF 268, 269, 270).

4. Counsel for Honda Aircraft Company, LLC and Honda Aviation Service Company, Inc. may present not more than a combined total of ten minutes of oral arguments on their motions (ECF 272,

U.S. Bankruptcy Court - Hawaii   #22-90020   Dkt # 342   Filed  12/12/24   Page 2 of 4

273).

5. Counsel for Seraph Aviation Capital LLC, Seraph Aviation Management Limited, and Eugene O'Reilly may present not more than a combined total of ten minutes of oral argument on their motion (ECF 293).

6. Counsel for the plaintiff may present not more than twenty minutes of responsive oral argument.

7. Counsel for Bank of Utah in its capacity as owner trustee of the Wing Spirit Aircraft Trust may present not more than five minutes of rebuttal oral argument.

8. Counsel for Bank of Utah, individually and as aircraft trustee of the Matterhorn HondaJet Trust 1, may present not more than five minutes of rebuttal oral argument.

9. Counsel for MAS One USA, LLC, Douglas Lloyd Brennan, and FASTNET One LLC may present not more than a combined total of five minutes of rebuttal oral argument.

10. Counsel for Honda Aircraft Company, LLC and Honda Aviation

U.S. Bankruptcy Court - Hawaii   #22-90020   Dkt # 342   Filed 12/12/24   Page 3 of 4

Service Company, Inc. may present not more than a combined total of five minutes of rebuttal oral argument.

11. Counsel for Seraph Aviation Capital LLC, Seraph Aviation Management Limited, and Eugene O'Reilly may present not more than a combined total of five minutes of rebuttal oral argument.

12. The time limits stated in this order are maxima. Counsel must present their oral arguments as concisely as possible and not repeat points covered in their written submissions.

**END OF ORDER**